No. 11–10263. BAXTER v. UNITED STATES, ante, p. 914. Petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 09–594. DE LA ROSA v. HOLDER, ATTORNEY GENERAL, 560 U. S. 903. Motion for leave to file petition for rehearing denied.

SEPTEMBER 10, 2012

No. 11–1538. ECKSTEIN MARINE SERVICE, L. L. C., NKA MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, L. L. C. v.